UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Roberto Salidrigas,

    Defendant.

Criminal No. 12-CR-20259

Honorable Paul D. Borman

**GOVERNMENT'S MOTION AND SUPPORTING BRIEF TO SEAL SECOND SUPERSEDING INDICTMENT AND ARREST WARRANT**

The United States of America hereby moves for an order sealing the second superseding indictment and arrest warrant in this case and states:

1. The second superseding indictment in this case charges the defendant with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure provides:

> *(4) Sealed Indictment.* The magistrate judge to whom an indictment is returned may direct that the indictment be kept secret until the defendant is in custody or has been released pending trial. The clerk must then seal the indictment, and no person may disclose the indictment's existence except as necessary to issue or execute a warrant or summons.

Fed.R.Crim.P. 6(e)(4).

3. The government requests that the second superseding indictment and arrest warrant be sealed because it is concerned that the defendant may attempt to flee, destroy evidence, or intimidate witnesses if the second superseding indictment and arrest warrant becomes a matter of public record before the defendant is arrested.

WHEREFORE, the government requests this Court to issue an order sealing the second superseding indictment and arrest warrant.

Respectfully submitted,

BARBARA L. McQUADE
United States Attorney

*/s/ Philip A. Ross*
PHILIP A. ROSS
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Philip.ross@usdoj.gov
(313) 226-9790
Bar No. N/A

Dated: November 14, 2013

IT IS SO ORDERED.

*/s/ Laurie J. Michelson*
Laurie J. Michelson
United States Magistrate Judge

Entered: 11/14/13